**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CASE NO. 7:21-cv-005 |
| | § | |
| 8.666 ACRES OF LAND, MORE OR LESS, | § | |
| SITUATE IN STARR COUNTY, | § | |
| STATE OF TEXAS; AND ISABEL G. | § | |
| GONZALEZ, ET. AL., | § | |
| | § | |
| | § | |
| *Defendants.* | § | |

## COMPLAINT IN CONDEMNATION

1.     This is a civil action brought by the United States of America at the request of the Secretary of the Department of Homeland Security, through the Acquisition Program Manager, Wall Program Management Office, U.S. Border Patrol Program Management Office Directorate, U.S. Border Patrol, U.S. Customs and Border Protection, Department of Homeland Security, for the taking of property under the power of eminent domain through a Declaration of Taking, and for the determination and award of just compensation to the owners and parties in interest.

2.     The Court has subject matter jurisdiction over this action pursuant to 28 U.S.C.§ 1358.

3.     The interest in property taken herein is under and in accordance with the authority set forth in Schedule "A."

4.     The public purpose for which said interest in property is taken is set forth in Schedule "B."

5.      The legal description and map or plat of land in which certain interests are being acquired by the filing of this Complaint, pursuant to the Declaration of Taking, are set forth in Schedules "C" and "D."

6.      The interest being acquired in the property described in Schedules "C" and "D" is set forth in Schedule "E."

7.      The amount of just compensation estimated for the property interest being acquired is set forth in Schedule "F."

8.      The names and addresses of known parties having or claiming an interest in said acquired property are set forth in Schedule "G."

9.      Local and state taxing authorities may have or claim an interest in the property by reason of taxes and assessments due and eligible.

WHEREFORE, Plaintiff requests judgment that the interest described in Schedule "E" of the property described in Schedules "C" and "D" be condemned, and that just compensation for the taking of said interest be ascertained and awarded, and for such other relief as may be lawful and proper.

Respectfully submitted,

RYAN K. PATRICK
United States Attorney
Southern District of Texas

By:      *s/ Manuel Muniz Lorenzi*
MANUEL MUNIZ LORENZI
Assistant United States Attorney
Southern District of Texas No. 338159
Puerto Rico Bar No. 21246
1701 W. Bus. Highway 83, Suite 600
McAllen, TX 78501
Telephone: (956) 618-8010
Facsimile: (956) 992-9425
E-mail: Manuel.Muniz.Lorenzi@usdoj.gov

*Fee DT Complaint*

# SCHEDULE A

**SCHEDULE A**

<u>AUTHORITY FOR THE TAKING</u>

The property is taken under and in accordance with 40 U.S.C. §§ 3113 and 3114, which authorize the condemnation of land and the filing of a Declaration of Taking; the Act of Congress approved September 30, 1996, as Public Law 104-208, Division C, Section 102, 110 Stat. 3009-546, 3009-554-55, as amended and codified at 8 U.S.C. § 1103(b) & note; and the Act of Congress approved March 23, 2018, as Public Law 115-141, div. F, tit. II, 132 Stat. 348, which appropriated the funds that shall be used for the taking.

# SCHEDULE B

**<u>SCHEDULE B</u>**

<u>PUBLIC PURPOSE</u>

The public purpose for which said property is taken is to construct, install, operate, and maintain roads, fencing, vehicle barriers, security lighting, cameras, sensors, and related structures designed to help secure the United States/Mexico border within the State of Texas.

# SCHEDULE C

## SCHEDULE C

### LEGAL DESCRIPTION

Starr County, Texas

Tract:  RGV-RGC-1027
Owner:  Isabel G. Gonzalez, et. al.
Acres:  8.666

**Being** a 8.666 acre tract (377,484 sq ft) parcel of land, more or less, being out of a called 118.000 acres, calculated as 123.478 acres in a portion of Porcion No. 62, said property being out of tract numbered 44, as appears on the Trimble Map of said Porcion, in Starr County, Texas conveyed to Daleth Lozano, ET AL, Volume 1519, Page 803. Said parcel of land more particularly described by metes and bounds as follows;

**Starting** at COE Project control marker S143, having the following NAD83 (2011) Grid Coordinates N=16714178.62, E=784782.59; Thence S09°43'48"W a distance of 2468.23 feet to a found ½" iron rod at an existing barbed wire fence corner and on the North line of Daleth Lozano tract, ET AL, Volume 1519, Page 803, for the **Point of Commencement,** having the following coordinates: N=16711745.89, E=784365.45.

**Thence:** S61°43'07"W along said property line, along said fence, a distance of 134.26 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-RGC-1026-2=1027-1, for the **Point of Beginning,** having the following coordinates: N=16711682.28, E=784247.21, said point being on the Eastern boundary of the parcel herein described.

**Thence:** S36°47'37"E departing said fence, departing said property line, along said Eastern boundary, crossing the center of an existing 12 foot wide dirt road at 17 feet, a distance of 449.63 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGVRGC-1027-1A for a Point on Line;

**Thence:** S36°47'37"E along said Eastern boundary, a distance of 449.63 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-RGC-1027-1B for a Point on Line;

**Thence:** S36°47'37"E along said Eastern boundary, a distance of 449.63 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-RGC-1027-1C for a Point on Line;

**Thence:** S36°47'37"E along said Eastern boundary, crossing the center of an existing 10 foot wide dirt road at 427 feet, to an existing barbed wire fence, a

## SCHEDULE C (cont.)

distance of 449.64 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-RGC-1027- 2=1028-1 for angle, said point being on the South line of the Daleth Lozano tract, ET AL, Volume 1519, Page 803 and on the North line of the Eduardo (Eddie) Lopez ET AL, Tract 2, Volume 1203, Page 627;

**Thence:** S62°14'36"W departing said Eastern boundary, along said property line, along said fence line, a distance of 212.64 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-RGC-1027-3=1028-7 for angle, said point being on the Western boundary of the parcel herein described;

**Thence:** N36°47'37"W along said Western boundary, departing said property line, departing said fence line, a distance of 449.14 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-RGC-1027-3A for a Point on Line;

**Thence:** N36°47'37"W along said Western boundary, a distance of 449.14 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-RGC-1027-3B for a Point on Line;

**Thence:** N36°47'37"W along said Western boundary, a distance of 449.14 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-RGC-1027-3C for a Point on Line;

**Thence:** N36°47'37"W along said Western boundary, crossing the center of an existing 12 foot wide dirt road at 436 feet, to an existing barbed wire fence line, a distance of 449.14 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-RGC-1026-3=1027-4 for angle, said point being on the North line of Daleth Lozano tract, ET AL, Volume 1519, Page 803;

**Thence:** N61°43'07"E along said property line, along said fence, departing said Western boundary, a distance of 212.34 feet returning to the **Place of Beginning.**

# SCHEDULE D

## SCHEDULE D

## MAP or PLAT

## LAND TO BE CONDEMNED



## SCHEDULE D (cont.)



## SCHEDULE D (cont.)



## SCHEDULE D (cont.)



## SCHEDULE D (cont.)



## SCHEDULE D (cont.)

| PARCEL TABLE | | | | | |
|---|---|---|---|---|---|
| MONUMENT/LINE/CURVE# | MONUMENT NAME | NORTHING | EASTING | DISTANCE | DIRECTION |
| P1 | RGV-RGC-1026-2=1027-1 | 16711682.28 | 784247.21 | | |
| L1 | | | | 449.63' | S36°47'37"E |
| P2 | RGV-RGC-1027-1A | 16711322.22 | 784516.51 | | |
| L2 | | | | 449.63' | S36°47'37"E |
| P3 | RGV-RGC-1027-1B | 16710962.15 | 784785.81 | | |
| L3 | | | | 449.63' | S36°47'37"E |
| P4 | RGV-RGC-1027-1C | 16710602.09 | 785055.11 | | |
| L4 | | | | 449.64' | S36°47'37"E |
| P5 | RGV-RGC-1027-2=1028-1 | 16710242.02 | 785324.41 | | |
| L5 | | | | 212.64' | S62°14'36"W |
| P6 | RGV-RGC-1027-3=1028-7 | 16710142.99 | 785136.24 | | |
| L6 | | | | 449.14' | N36°47'37"W |
| P7 | RGV-RGC-1027-3A | 16710502.66 | 784867.24 | | |
| L7 | | | | 449.14' | N36°47'37"W |
| P8 | RGV-RGC-1027-3B | 16710862.33 | 784598.23 | | |
| L8 | | | | 449.14' | N36°47'37"W |
| P9 | RGV-RGC-1027-3C | 16711222.00 | 784329.23 | | |
| L9 | | | | 449.14' | N36°47'37"W |
| P10 | RGV-RGC-1026-3=1027-4 | 16711581.67 | 784060.22 | | |
| L10 | | | | 212.34' | N61°43'07"E |

| SHEET NO. | METES & BOUNDS SURVEY | DRAWN BY: JP 12/18 | MARK | DESCRIPTION | DATE | APPR. | | |
|---|---|---|---|---|---|---|---|---|
| 9 OF 9 | | CHECKED BY: WBG 12/18 SURVEY DATE: 11/18 PLOT DATE: 1:20 | | | | |  |  |
| | TRACT NO. RGV-RGC-1027 STARR COUNTY          TEXAS | SHEET ANSI-A | BORDER WALL TASK ORDER: 003 CONTRACT NO.  W9126F-15-D-0012 | | | | EMC, Inc. | US Army Corps of Engineers |

Tract:   RGV-RGC-1027
Owner:  Isabel G. Gonzalez, et. al.
Acres:   8.666

# SCHEDULE E

**SCHEDULE E**

ESTATE TAKEN

Starr County, Texas

Tract:  RGV-RGC-1027
Owner:  Isabel G. Gonzalez, et. al.
Acres:  8.666

      The estate taken is fee simple, subject to existing easements for public roads and highways, public utilities, railroads, and pipelines; and subject to all interests in minerals and appurtenant rights for exploration, development, production and removal of said minerals;

      Reserving to the owners of land described in conveyance recorded on August 31, 2017, with Official Records of Starr County, Texas, volume 1519, page 803, Document No. 2017-338245, reasonable access to and from the owners' lands lying between the Rio Grande River and the border barrier through opening(s) or gate(s) in the border barrier between the westernmost mark labeled "Beginning" and easternmost mark labeled "Ending" depicted on the map below;

      Excepting and excluding all interests in water rights and water distribution and drainage systems, if any, provided that any surface rights arising from such water rights or systems are subordinated to the United States' construction, operation and maintenance of the border barrier.

**SCHEDULE E (cont.)**



# SCHEDULE F

## **SCHEDULE F**

## ESTIMATE OF JUST COMPENSATION

The sum estimated as just compensation for the land being taken is FORTY ONE THOUSAND AND FIFTY FOUR DOLLARS AND NO/100 ($41,054.00), to be deposited herewith in the Registry of the Court for the use and benefit of the persons entitled thereto.

# SCHEDULE G

## SCHEDULE G

## INTERESTED PARTIES

The following table identifies all persons who have or claim an interest in the property condemned and whose names are now known, indicating the nature of each person's property interest(s) as indicated by references in the public records and any other information available to the United States. See Fed. R. Civ. P. 71.1(c).

| Interested Party | Reference |
|---|---|
| **D. L. (Minor  Child)**<br>**c/o** Raul Lozano, Jr. (caregiver)<br><br>ROMA, TX | **RGV-RGC-1027**<br>Gift Deed dated June 15, 2017, recorded August 31, 2017, as Document No. 2017-00338245 in Book OR, Volume 1519, Pages 803, 804, 805, Official Public Records, Starr County, Texas. |
| **K. L. (Minor Child)**<br>**c/o** Raul Lozano, Jr. (caregiver)<br><br>ROMA, TX | Gift Deed dated June 15, 2017, recorded August 31, 2017, as Document No. 2017-00338245 in Book OR, Volume 1519, Pages 803, 804, 805, Official Public Records, Starr County, Texas. |
| **D. L. (Minor Child)**<br>**c/o** Raul Lozano, Jr. (caregiver)<br><br>ROMA, TX | Gift Deed dated June 15, 2017, recorded August 31, 2017, as Document No. 2017-00338245 in Book OR, Volume 1519, Pages 803, 804, 805, Official Public Records, Starr County, Texas. |
| **Isabel G. Gonzalez**<br><br>MCALLEN, TX | Warranty Deed dated October 22, 1962, recorded November 28, 1962, as Document No. 1962-58394, Official Public Records, Starr County Texas |
| **Ameida Salinas**<br>Starr County Tax Assessor & Collector<br>100 N FM 3167, Room 201<br>Rio Grande City, Texas 78582 | **Tax Authority** |

JS 44   (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a)  PLAINTIFFS**

United States of America

**(b)**   County of Residence of First Listed Plaintiff
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)**   Attorneys *(Firm Name, Address, and Telephone Number)*

Manuel Muniz Lorenzi, Assistant U.S. Attorney, SDTX, 1701 W. Bus. Highway 83, Ste. 600, McAllen, TX  78501

**DEFENDANTS**
8.666 ACRES OF LAND, MORE OR LESS, SITUATE IN STARR COUNTY, STATE OF TEXAS; AND ISABEL G. GONZALEZ, et. al.,

County of Residence of First Listed Defendant          STARR
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

**II.  BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

☒ 1   U.S. Government
        Plaintiff

☐ 2   U.S. Government
        Defendant

☐ 3   Federal Question
        *(U.S. Government Not a Party)*

☐ 4   Diversity
        *(Indicate Citizenship of Parties in Item III)*

**III.  CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV.  NATURE OF SUIT** *(Place an "X" in One Box Only)*          Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 151 Medicare Act<br>☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholders' Suits<br>☐ 190 Other Contract<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | **PERSONAL INJURY**<br>☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault, Libel & Slander<br>☐ 330 Federal Employers' Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Personal Injury<br>☐ 362 Personal Injury - Medical Malpractice | **PERSONAL INJURY**<br>☐ 365 Personal Injury - Product Liability<br>☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability<br>☐ 368 Asbestos Personal Injury Product Liability<br>**PERSONAL PROPERTY**<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal Property Damage<br>☐ 385 Property Damage Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881<br>☐ 690 Other | ☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal 28 USC 157<br>**PROPERTY RIGHTS**<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☐ 835 Patent - Abbreviated New Drug Application<br>☐ 840 Trademark | ☐ 375 False Claims Act<br>☐ 376 Qui Tam (31 USC 3729(a))<br>☐ 400 State Reapportionment<br>☐ 410 Antitrust<br>☐ 430 Banks and Banking<br>☐ 450 Commerce<br>☐ 460 Deportation<br>☐ 470 Racketeer Influenced and Corrupt Organizations<br>☐ 480 Consumer Credit<br>☐ 490 Cable/Sat TV<br>☐ 850 Securities/Commodities/ Exchange<br>☐ 890 Other Statutory Actions<br>☐ 891 Agricultural Acts<br>☐ 893 Environmental Matters<br>☐ 895 Freedom of Information Act<br>☐ 896 Arbitration<br>☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision<br>☐ 950 Constitutionality of State Statutes |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | **LABOR** | **SOCIAL SECURITY** | |
| ☒ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property | ☐ 440 Other Civil Rights<br>☐ 441 Voting<br>☐ 442 Employment<br>☐ 443 Housing/ Accommodations<br>☐ 445 Amer. w/Disabilities - Employment<br>☐ 446 Amer. w/Disabilities - Other<br>☐ 448 Education | **Habeas Corpus:**<br>☐ 463 Alien Detainee<br>☐ 510 Motions to Vacate Sentence<br>☐ 530 General<br>☐ 535 Death Penalty<br>**Other:**<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition<br>☐ 560 Civil Detainee - Conditions of Confinement | ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Management Relations<br>☐ 740 Railway Labor Act<br>☐ 751 Family and Medical Leave Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Employee Retirement Income Security Act | ☐ 861 HIA (1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g))<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g))<br>**FEDERAL TAX SUITS**<br>☐ 870 Taxes (U.S. Plaintiff or Defendant)<br>☐ 871 IRS—Third Party 26 USC 7609 | |
| | | | **IMMIGRATION**<br>☐ 462 Naturalization Application<br>☐ 465 Other Immigration Actions | | |

**V.  ORIGIN** *(Place an "X" in One Box Only)*

☒ 1   Original
        Proceeding

☐ 2   Removed from
        State Court

☐ 3   Remanded from
        Appellate Court

☐ 4   Reinstated or
        Reopened

☐ 5   Transferred from
        Another District
        *(specify)*

☐ 6   Multidistrict
        Litigation -
        Transfer

☐ 8   Multidistrict
        Litigation -
        Direct File

**VI.  CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
40 U.S.C. 3113 and 3114
Brief description of cause:
Land condemnation proceeding for fee simple interest to construct, install, operate, and maintain border security

**VII.  REQUESTED IN COMPLAINT:**   ☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.   DEMAND $          CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ Yes   ☒ No

**VIII.  RELATED CASE(S) IF ANY**   *(See instructions):*          JUDGE _____   DOCKET NUMBER _____

DATE
01/05/2021

SIGNATURE OF ATTORNEY OF RECORD
s/Manuel Muniz Lorenzi

**FOR OFFICE USE ONLY**

RECEIPT #          AMOUNT          APPLYING IFP          JUDGE          MAG. JUDGE